Raphael M. Rosenblatt, Esq. (032511998)
ROSENBLATT LAW PC
21 Main Street, Suite #151
Hackensack, NJ 07601
551.444.8100
551.497.4665 (fax)
raphael@rosenblattlegal.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OB-GYN AND INFERTILITY SERVICES OF NORTHERN NEW JERSEY, LLC AND DR. DANIEL HAKIMI,<br><br>Plaintiffs,<br><br>v.<br><br>ALLEN GROSNICK, GROSNICK STRUCTURED FUNDING, and John Does 1-10; XYZ Corporations 1-10,<br><br>Defendants. | CIVIL ACTION NO.: 2:24-cv-04038-SDW-AME<br><br>Honorable Susan D. Wigenton, U.S.D.J.<br><br>ORDER ENTERING DEFAULT JUDGMENT AGAINST DEFENDANTS ALLEN GROSNICK AND GROSNICK STRUCTURED FUNDING |

**THIS MATTER** having come before this Court by way of Motion for Entry of Default Judgment as Against Defendants Allen Grosnick and Grosnick Structured Funding by Rosenblatt Law PC (Raphael M. Rosenblatt, Esq.), counsel for Plaintiffs OB-GYN and Infertility Services of Northern New Jersey, LLC and Dr. Daniel

Hakimi, and on notice to Defendants, and the Court having considered the position of the parties, and for good cause shown, it is

ON THIS __29th__ DAY OF __January__, 2025

**ORDERED** that Plaintiffs OB-GYN and Infertility Services of Northern New Jersey, LLC and Dr. Daniel Hakimi shall be and are hereby entitled to entry of default judgment as against Defendants Allen Grosnick and Grosnick Structured Funding, jointly and severally, in the principal amount of $589,053.78, plus pre-judgment interest of $42,300.62, plus costs totaling $843.83, which default judgment shall be entered by the Clerk of the Court and shall remain due and owing until such time as the judgment balance, plus any interest accrued thereon going forward, is paid in full or otherwise vacated or satisfied by Defendants Allen Grosnick and Grosnick Structured Funding.

_____
HONORABLE SUSAN D. WIGENTON, U.S.D.J.